IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF SOUTH CAROLINA

CHARLESTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.: 2:24-CR-566-DCN |
| | ) | |
| v. | ) | MOTION TO SEAL |
| | ) | |
| JEVON OTHA THOMAS, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

NOW COMES the Defendant, Jevon Otha Thomas, in the above-captioned matter, acting by and through undersigned counsel, hereby filing this motion to seal an attachment to his forthcoming motion for variance sentence. In support of this motion, Mr. Thomas would show unto this Honorable Court the following:

"When deciding whether to seal or otherwise restrict access to judicial documents, courts must balance competing interests." *United States v. Harris*, 890 F.3d 480, 491-492 (4th Cir. 2018). On the one hand, there is "a common law right to inspect and copy judicial records and documents." *In re Knight Pub. Co.*, 743 F.2d 231, 235 (4th Cir. 1984). On the other hand, "[t]he trial court … may, in its discretion, seal documents if the public's right of access is outweighed by competing interests." *Id*.

Mr. Thomas' proposed sealed attachment contains several photographs of Mr. Thomas with his friends and family. A number of these photographs depict minors. The names of minors must be redacted in public filings. *See* Fed. R. Crim. P. 49.1(a)(3). Accordingly, Mr. Thomas believes photographs of minors should be redacted as well in order to protect their identity. Given that redaction of an image largely defeats the purpose of the image, Mr. Thomas submits the appropriate resolution is to file the photographs under seal where they cannot be accessed by

1

the public. Accordingly, given the minors' privacy interests at stake, Mr. Thomas submits

sealing of his attachment is appropriate, as there are no reasonable "less restrictive 'alternatives

to sealing'" the motion. *Harris*, 890 F.3d at 492 (quoting *Knight*, 743 F.2d at 235).

> Respectfully submitted,
>
> s/ Jeremy A. Thompson
> Jeremy A. Thompson (#10342)
> Assistant Federal Public Defender
> Office of the Federal Public Defender
> 1901 Assembly Street, Suite 200
> Columbia, SC  29201
> 803-765-5077
> Jeremy_Thompson@fd.org
> ATTORNEY FOR THE DEFENDANT

This 8th day of May, 2026.

2